JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JOHNNY OWENS,<br>Plaintiff,<br>v.<br>COUNTY OF ORANGE et al.,<br>Defendants. | Case No. 8:23-cv-00155-MCS-DFM<br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Defendants' Motion for Summary Judgment is GRANTED. Judgment is entered in favor of Defendants County of Orange, Sheriff Don Barnes, and Lieutenant Olukoju. Plaintiff Johnny Owens shall take nothing by his complaint against these Defendants, and the action against them is dismissed on the merits.

///

///

///

///

///

IT IS FURTHER ADJUDGED that Claims 3, 4, and 7 against the unnamed Doe Defendants are DISMISSED without prejudice.

Date: October 15, 2026

MARK C. SCARSI
United States District Judge