**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JOHNNY OWENS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE et al.,<br><br>Defendants. | Case No. 8:23-cv-00155-MCS-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court engaged in a de novo review of the objections that were filed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion for Summary Judgment is GRANTED.

2. Claims 3, 4, and 7 against the unnamed Doe Defendants are DISMISSED without prejudice.

Date: October 15, 2026

MARK C. SCARSI
United States District Judge